**Ralph STEWART, Jr., Plaintiff-Appellant,**

v.

**VERBENA ASKEW LAW FIRM, P.C.; Verbena M. Askew, Defendants-Appellees.**

No. 17-1005

United States Court of Appeals, Fourth Circuit.

Submitted: February 23, 2017

Decided: February 28, 2017

Ralph Stewart, Jr., Appellant Pro Se. Verbena M. Askew, City Attorney, Hampton, Virginia, for Appellees.

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ralph Stewart, Jr., appeals the district court's order dismissing his civil action without prejudice for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stewart v. Verbena Askew Law Firm, P.C., No. 3:16-cv-00772-HEH (E.D. Va. Nov. 30, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED